IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Ovalle, Maria | Case Number: 08 B 08086 |
| | Judge: Squires, John H |
| Printed: 02/17/09 | Filed: 4/3/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 7, 2009
Confirmed: September 10, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,125.00 | |
| Secured: | | 106.52 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,815.37 |
| Trustee Fee: | | 203.11 |
| Other Funds: | | 0.00 |
| Totals: | 3,125.00 | 3,125.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Debra J Vorhies-Levine | Administrative | 3,014.00 | 2,815.37 |
| 2. | Washington Federal Bank Of Savings | Secured | 0.00 | 0.00 |
| 3. | Washington Federal Bank Of Savings | Secured | 0.00 | 0.00 |
| 4. | Washington Federal Bank Of Savings | Secured | 0.00 | 0.00 |
| 5. | City Of Chicago | Secured | 681.55 | 49.38 |
| 6. | City Of Chicago | Secured | 567.79 | 45.78 |
| 7. | City Of Chicago | Secured | 166.09 | 11.36 |
| 8. | Chicago Community Bank | Secured | 4,000.00 | 0.00 |
| 9. | Washington Federal Bank Of Savings | Secured | 44,554.51 | 0.00 |
| 10. | T Mobile USA | Unsecured | 506.10 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | 396.09 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 576.86 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 3,621.27 | 0.00 |
| 14. | Peoples Energy Corp | Unsecured | 1,184.48 | 0.00 |
| 15. | Capital One | Unsecured | 3,051.29 | 0.00 |
| 16. | Portfolio Recovery Associates | Unsecured | 3,936.12 | 0.00 |
| 17. | Jefferson Capital Systems LLC | Unsecured | 226.32 | 0.00 |
| 18. | Midwest Physician Group | Unsecured | 534.00 | 0.00 |
| 19. | Swiss Colony | Unsecured | 204.53 | 0.00 |
| 20. | Northwestern Medical Faculty | Unsecured | 327.56 | 0.00 |
| 21. | Portfolio Recovery Associates | Unsecured | | No Claim Filed |
| 22. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 23. | Collection Company Of America | Unsecured | | No Claim Filed |
| 24. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 25. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| | | | $ 67,548.56 | $ 2,921.89 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ovalle, Maria

Printed: 02/17/09

Case Number: 08 B 08086
Judge: Squires, John H
Filed: 4/3/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 202.71 |
| 6.6% | 0.40 |
| | $ 203.11 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*